UNITED STATES COURT OF INTERNATIONAL TRADE

ADITYA CHEMICALS USA INC; and PACK PERFECT INC.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; JAMIESON GREER, in his official capacity as U.S. Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-00134

**ORDER**

Upon consideration of the papers and proceedings had herein, including Plaintiffs' Motion to Lift Stay and for Issuance of Order Clarifying Refunds, ECF No. 9, it is hereby

**ORDERED** that oral argument is scheduled for Tuesday, September 15, 2026, at 2:00 p.m. EDT in Courtroom 1, located at One Federal Plaza, New York, New York, 10278.

/s/ Richard K. Eaton
Judge

Dated: August 27, 2026
New York, New York