UNITED STATES COURT OF INTERNATIONAL TRADE

ADITYA CHEMICALS USA INC; and PACK PERFECT INC.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; JAMIESON GREER, in his official capacity as U.S. Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-00134

**ORDER**

Upon consideration of the National Fisheries Institute's ("NFI") Motion for Limited Intervention as a Plaintiff-Intervenor, ECF No. 15, and the papers and proceedings had herein, it is hereby

**ORDERED** that NFI's Motion is GRANTED; and it is further

**ORDERED** that NFI is granted permissive intervention for the limited purpose of participating in the oral argument scheduled for September 15, 2026, ECF No. 13, and any subsequent procedure on the issue of AD/CVD in this case.

/s/ Richard K. Eaton
Judge

Dated: September 9, 2026
New York, New York