UNITED STATES COURT OF INTERNATIONAL TRADE

ADITYA CHEMICALS USA INC; and PACK PERFECT INC.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; JAMIESON GREER, in his official capacity as U.S. Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-00134

**ORDER**

Upon consideration of Plaintiffs' Motion to Lift Stay and for Issuance of Order Clarifying Refunds, ECF No. 9; the brief of National Fisheries Institute, ECF No. 15-1, whose intervention was granted for the limited purpose of participating in the oral argument; Defendant's response in opposition, ECF No. 14; and the arguments presented in court on September 15, 2026; it is hereby

**ORDERED** that the stay in this case is lifted; it is further

**ORDERED** that if National Fishers Institute wishes to intervene in this action, it should file a motion; and it is further

**ORDERED** that the parties shall confer and jointly submit a proposed scheduling order governing the deadlines in this case on or before Tuesday, October 6, 2026

/s/ Richard K. Eaton
Judge

Dated: September 22, 2026
New York, New York