UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ADITYA CHEMICALS USA INC; and PACK PERFECT INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; JAMIESON GREER, in his official capacity as U.S. Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,<br><br>Defendants. | Before: Richard K. Eaton, Judge<br><br>Court No. 26-00134 |

**ORDER**

Upon consideration of the National Seafood Association's ("National Seafood") unopposed Motion for Intervention as Plaintiff-Intervenor, ECF No. 22, and the papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that National Seafood shall have the status of Plaintiff-Intervenor in this action.

/s/ Richard K. Eaton
Judge

Dated: September 24, 2026
New York, New York