UNITED STATES COURT OF INTERNATIONAL TRADE

ADITYA CHEMICALS USA INC; and PACK PERFECT INC.,

Plaintiffs,

and

THE NATIONAL SEAFOOD ASSOCIATION,

Plaintiff-Intervenor,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; JAMIESON GREER, in his official capacity as U.S. Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-00134

**ORDER**

Upon consideration of the joint proposed scheduling order, ECF No. 24, and the papers and proceedings had herein, it is hereby

**ORDERED** that the parties shall adhere to the following schedule:

1) Plaintiffs, and Plaintiff-Intervenor, will file their respective motions for issuance of an order regarding refunds on or before October 19, 2026;

2) Defendants will file their combined response to Plaintiffs' and Plaintiff-Intervenor's motions on or before November 9, 2026.

/s/ Richard K. Eaton
Judge

Dated: October 6, 2026 New York, New York