Before Hon. Richard K. Eaton, Sr. Judge
UNITED STATES COURT OF INTERNATIONAL TRADE

ADITYA BIRLA CHEMICALS USA INC and
PACK PERFECT INC

Plaintiffs,

v. Court No. 26-00134

DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection;* JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; Howard Lutnick, *in his official capacity as Secretary of Commerce*,

Defendants.

**Response to Motion for Extension of Time**

Plaintiffs Aditya Birla Chemicals Usa Inc and Pack Perfect Inc, ("plaintiffs") by and through their attorneys hereby respond to defendant United States' motion for an extension of time to file its response to plaintiff and plaintiff-intervenor's motions for an order directing refunds. Plaintiffs respectfully object to this motion and submit that to the extent that such motion is granted, that the Court should put in place guiderails which will ensure that plaintiffs' substance is fully addressed by the Court in a timely fashion.

Defendant's stated "good cause" is based on its review of the burdens and constraints for granting relief. However, as noted in October's Court hearing, the "burden" in providing the relief is minimal and it should not require the Defendant two extensions of time to address such burden in reply to the motion. It is uncontested that the United States **must** ultimately refund these duties. The Supreme Court opinion is unequivocal and such duties are, and have been since their inception, unconstitutional. The longer the delay the greater the harm to plaintiffs and to those similarly situated. Furthermore the "holidays" that may be delaying the Defendant's preparation of the response were well known to the Defendant at the time that the first extension was required. The Defendant

should have asked for adequate time in its first request for an extension and cannot claim that such holidays were an unexpected event. Issues as to leave are, again, solely in the control of the defendant and cannot constitute a surprise or unknown event. Simply put, no "new" issues have arisen which would otherwise delay the preparation of this response.

Counsel for plaintiff is currently scheduled to present oral argument at the Federal Circuit and also has out-of-town client and related meetings during the week of December 7th, and taking this into account, respectfully requests that the Court make it clear that no further extensions of time for this response will be permitted beyond that requested by defendant on the 20th and further respectfully requests that the Court schedule any hearing on the merits as soon as possible after the 13th of December. This matter is apparently being "slow walked" by the Defendant and the Court should not countenance such action.

Respectfully submitted,

/s/ David Craven
David Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
773 709-8506

*Counsel to* Aditya Birla Chemicals Usa Inc and Pack Perfect Inc.

Dated: November 20, 2026