UNITED STATES COURT OF INTERNATIONAL TRADE

ADITYA CHEMICALS USA INC; and PACK PERFECT INC.,

Plaintiffs,

and

THE NATIONAL SEAFOOD ASSOCIATION,

Plaintiff-Intervenor,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; JAMIESON GREER, in his official capacity as U.S. Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-00134

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time, ECF No. 31, and the papers and proceedings had herein, it is hereby

**ORDERED** that Defendants' motion is granted; and it is further

**ORDERED** that Defendants shall file their combined response to Plaintiffs' Motion to Order Refund of IEEPA Duties on Type 03 Entries, ECF No. 27, and Plaintiff-Intervenor's Motion

for an Order Directing Refund of Invalidated IEEPA Duties on Type 03 Entries, ECF No. 28, on or before December 4, 2026.

/s/ Richard K. Eaton
Judge

Dated: November 23, 2026
New York, New York